USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Ramon Fontanez, *Individually, and On Behalf Of All Others Similarly Situated*,

        Plaintiffs,

  - against -

MILK + HONEY SPA DOWNTOWN LLC,

        Defendant.
-----------------------------------------------------------X

22-CV-5581 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  The Case Management Plan and Scheduling Order entered in this case requires the parties to file a joint status letter every 90 days. (Dkt. 15.) The deadline to file the second such letter has passed. Accordingly, no later than **April 11, 2023**, the parties shall file a joint letter updating the Court as to the status of this case.

           SO ORDERED.

           _____
           ROBERT W. LEHRBURGER
           UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2023
   New York, New York

Copies transmitted this date to all counsel of record.